**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| FELONTAE SIMMONS, | : | |
| Petitioner, | : | |
| v. | : | Case No. 5:26-cv-400-CAR-ALS |
| Warden MICHAEL LONG, | : | |
| Respondent. | : | |

**ORDER**

In accordance with the Court's previous orders and instructions, Petitioner has filed a response to the Court's show cause order (ECF No. 6) and filed a signed copy of his federal habeas petition (ECF No. 7). Petitioner also filed a notice of newly discovered evidence (ECF No. 8) which may contain allegations relevant to his claims. To ensure that each of Petitioner's claims is preserved and to assist the Court in processing Petitioner's claims, Petitioner is **ORDERED** to recast his Petition on one of the Court's standard forms and submit it—with either payment of the $5.00 filing fee or a proper and complete motion for leave to proceed *in forma pauperis*—within **FOURTEEN (14) DAYS** of the date shown on this Order. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of this case, that Petitioner should use to comply.

The recast petition will supersede (take the place of) the initial Petition (ECF No. 1) and the Amended Petition (ECF No. 7). Petitioner should therefore include each of his claims for relief in his Recast Petition, even if he has also included those claims in any of the other documents he has already filed with the Court.

Petitioner must also notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 19th day of November, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE